IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEHMAR GLADDEN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-4986 |
| | : | |
| **CITY OF PHILADELPHIA**, *et al* | : | |

# ORDER

AND NOW, this 28th day of February 2022, upon considering Defendants' Motion to dismiss (ECF Doc. No. 10), Plaintiff's response (ECF Doc. No. 13), Defendant's Reply (ECF Doc. No. 16), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 10) is:

1. **GRANTED** as to the failure to intervene claim and any theory of liability other than fabrication of evidence and deliberate deception; and,

2. **DENIED** as to Plaintiff's claims for direct, conspiratorial, and municipal liability for fabrication of evidence and deliberate deception requiring Defendants file an Answer on or before **March 14, 2022**.

                                                                **KEARNEY, J.**