# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEHMAR GLADDEN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-4986** |
| | : | |
| **CITY OF PHILADELPHIA**, *et al* | : | |

# ORDER

**AND NOW**, this 8th day of April 2022, upon considering Defendants' unopposed Motion to produce phone call recordings (ECF Doc. No. 28) representing Plaintiff did not oppose the subpoena upon notice but the witness requires a court order, and finding good cause in reliance on the Defendants' representations, it is **ORDERED** Defendants' Motion (ECF Doc. No. 28) is **GRANTED** requiring the Pennsylvania Department of Corrections, through the Office of the General Counsel for Corrections, produce all phone call recordings of Jehmar Gladden DY2760, in response to the April 6, 2022 subpoena served on it by Defendants City of Philadelphia, Detective James Hughes, and Detective Thomas Kane.

**KEARNEY, J.**